# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2023 ND 49

In the Interest of C.V., minor child

| | |
|---|---|
| Ethan Hinze, L.B.S.W., | Petitioner and Appellee |
| v. | |
| C.V., child; C.B., Jr., father; | |
| John Doe, father; | Respondents |
| and | |
| K.V., mother; | Respondent and Appellant |

## No. 20230040

In the Interest of J.V., minor child

| | |
|---|---|
| Ethan Hinze, L.B.S.W., | Petitioner and Appellee |
| v. | |
| J.V., child; D.N., father; | |
| John Doe, father; | Respondents |
| and | |
| K.V., mother; | Respondent and Appellant |

## No. 20230041

Appeal from the Juvenile Court of Cass County, East Central Judicial District, the Honorable Daniel E. Gast, judicial referee.

AFFIRMED.

Per Curiam.

Rebecca R. Jund, Assistant State's Attorney, Fargo, ND, for petitioner and appellee; submitted on brief.

Elizabeth J. Sundby, Fargo, ND, for respondent and appellant; submitted on brief.

## Interest of C.V. and J.V.
## Nos. 20230040-20230041

**Per Curiam.**

[¶1] K.V., mother of C.V. and J.V., appeals from a juvenile court order terminating her parental rights. On appeal, K.V. argues the court abused its discretion by terminating her parental rights to C.V. and J.V. when the fathers' rights were not terminated. K.V. also argues the court abused its discretion by terminating her rights when the children had previously been returned to her because she had completed the requirements of her case plan.

[¶2] The juvenile court terminated parental rights based on several findings, including findings that K.V. subjected C.V. and J.V. to aggravated circumstances under N.D.C.C. § 27-20.3-20(1)(b), as both children had been exposed to controlled substances. K.V. is not challenging the court's findings. We conclude the juvenile court did not abuse its discretion in its decision to terminate K.V.'s parental rights. We summarily affirm under N.D.R.App.P. 35.1(a)(4).

[¶3] Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr